THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY BURNS, | Case No. C09-1599-JCC |
| Plaintiff, | ORDER |
| v. | |
| KRISTEN CHANDLER, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Mary Alice Theiler (Dkt. No. 14) and Plaintiff's Objections (Dkt. No. 15). Although Plaintiff indicates in his Objections that he is unable to pay the filing fee, it is clear from the record that he has neither filled out the proper *in forma pauperis* forms nor paid the fee within the time limits set by this Court. If Mr. Burns wishes to file this lawsuit, he must begin the process anew by filling out the IFP forms correctly or paying the required fee.

Accordingly, the Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 14);

(2) The Complaint and this action are DISMISSED without prejudice; and

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff and Judge Theiler.

DATED this 6th day of July, 2010.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1